# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3980

_____

| | | |
|---|---|---|
| Kentrell Kenny Hill, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Arkansas. |
| Officer Reyes, Police Officer, 13th | * | |
| Judicial Drug Task Force; Jason | * | [UNPUBLISHED] |
| Dickinson, Deputy, Ouachita | * | |
| County Sheriff's Office; Michael | * | |
| Benson, (Mike), Former Captain, | * | |
| Camden Police Department; Reader, | * | |
| (Reeder), Police Officer, Camden | * | |
| Police Department, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 2, 2009
Filed: September 8, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Kentrell Hill appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint as time-barred by Arkansas's three-year statute of limitations. Upon de novo review, see Strand v. Diversified Collection Serv., Inc., 380 F.3d 316, 317 (8th Cir. 2004), we conclude dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.